UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRITT INTERACTIVE, LLC ) | | |
| an Indiana Limited Liability Company, and ) | | |
| TOWNEPOST NETWORK, INC., ) | | |
| An Indiana Corporation ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | 1:16−cv−02884-TWP-MJD | |
| ) | | |
| A3 MEDIA, LLC, ) | | |
| an Indiana Limited Liability Company, ) | | |
| COLLECTIVE PUBLISHING, LLC ) | | |
| An Indiana Limited Liability Company ) | | |
| YELENA LUCAS, NEIL LUCAS, ) | | |
| JANELLE MORRISON, CHILLY PANDA ) | | |
| LLC, an Indiana Limited Liability Company, ) | | |
| DANN VELDKAMP, and JODY VELDKAMP ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY RESPONSES**

Plaintiffs Britt Interactive, LLC ("Britt Interactive") and TownePost Network, Inc. ("TownePost") (collectively, "Plaintiffs"), by counsel, respectfully request that this Court issue an Order requiring Defendants to serve expedited responses to Britt Interactive's First Set of Discovery Requests to Defendants A3 Media, LLC ("A3 Media"), Collective Publishing, LLC ("Collective Publishing"), Neil Lucas ("Neil"), Yelena Lucas ("Yelena") and Janelle Morrison ("Morrison") on or before Friday, November 11, 2016. In support of this Motion, Plaintiffs state the following:

1. Shortly after removal to federal court, Magistrate Judge Mark J. Dinsmore conducted an In-Person Status Conference on Tuesday, October 25, 2016. At the status conference, the parties discussed the re-filing of multiple motions and pleadings that were

previously pending in Hamilton Superior Court prior to removal, including the re-filing of Plaintiffs' Motion for Preliminary Injunction.

2. To accommodate an early hearing on Plaintiffs' Motion for Preliminary Injunction in late November or early December, counsel for the parties worked with Magistrate Judge Dinsmore to set an aggressive discovery schedule that would allow counsel to complete multiple depositions, exchange written discovery responses, and exchange documents with sufficient time to fully brief the Motion and prepare for the Hearing.

3. Indeed, counsel agreed to begin the deposition of Tom Britt the next day, on Wednesday October 26, 2016, and complete the depositions of Tom and Jeanne Britt on November 10 and 11, 2016. Counsel also agreed to complete the depositions of Neil Lucas, Yelena Lucas, Janelle Morrison, and Toni Folzenlogel on November 16, 17, and 18, 2016, respectively.

4. Additionally, Plaintiffs agreed to respond to Defendants' discovery requests on or before Monday, November 7, 2016.

5. Plaintiffs discussed their intention to serve discovery requests upon Defendants the next day, October 26, 2016, and inquired whether Defendants would be able to serve responses upon Plaintiffs on or before Monday, November 7, 2016. Counsel for Defendants, P. Adam Davis, agreed on a November 7, 2016 response date, and further indicated in open court that he would have responses ready by Friday, October 28, 2016.

6. On October 26, 2016, the after the deposition to Tom Britt, Plaintiffs served discovery requests via electronic mail upon opposing counsel for A3 Media, Collective Publishing, Neil, Yelena, and Janelle, as agreed. Plaintiffs also served paper copies of the discovery requests upon Defendants' counsel via First Class U.S. Mail. True and accurate copies of the served requests are attached hereto as Exhibits A-E.

7. On or about November 2, 2016, Plaintiffs' counsel requested confirmation from Mr. Davis that he was preparing discovery responses on behalf of Defendants and would provide such responses on or about Monday, November 7, 2016, as agreed. Mr. Davis denied that he ever agreed to provide discovery responses on an expedited basis and indicated that he would in fact require the full thirty (30) days to respond to Plaintiffs' discovery requests, up to and including Monday, November 28, 2016 – ten (10) days after the parties' last deposition and six (6) days after Plaintiffs' deadline to file their Reply Memorandum in support of the Motion for Preliminary Injunction.

8. Defendants' belated request for an additional month to respond to Plaintiffs' discovery requests, beyond the previously agreed upon deadline, interrupts the briefing schedule established by the parties which are based upon Defendants' timely discovery production.

9. Plaintiffs are willing to cooperate with Defendants and extend the deadline for Defendants to provide their discovery responses and documents from Monday, November 7th, until Friday, November 11th. Plaintiffs cannot agree to a further extension, however, without upsetting the delicate discovery schedule previously agreed upon by the parties and the Court.

10. Plaintiffs raised this issue with the Court during the telephonic status conference conducted by Magistrate Judge Dinsmore on November 3, 2016. Pursuant to Magistrate Dinsmore's request, Plaintiffs submit this Motion for Expedited Discovery Responses.

WHEREFORE, Plaintiffs Britt Interactive, LLC and TownePost Network, Inc. respectfully request this Court issue an Order requiring Defendants to serve expedited responses to Britt Interactive's First Set of Discovery Requests to Defendants A3 Media, LLC ("A3 Media"), Collective Publishing, LLC ("Collective Publishing"), Neil Lucas ("Neil"), Yelena Lucas

("Yelena") and Janelle Morrison ("Morrison") on or before Friday, November 11, 2016 and for all other just and proper relief.

                                                  Respectfully submitted,

*/s/ Jonathan D. Mattingly*
Jonathan D. Mattingly, Attorney No. 21011-41
Mattingly Burke Cohen & Biederman LLP
5255 Winthrop Avenue, Suite 100
Indianapolis, IN 46220
T: Main: 317.614.7320 | Direct: 317.614.7321
E: Jon.Mattingly@MBCBLaw.com

Josh F. Brown, Attorney No. 26672-49
Stephanie L. Maris, Attorney No. 32060-64
Law Office of Josh F. Brown, LLC
12821 E. New Market Street, Suite 250
Carmel, IN 46032
T: 317.688.9111
F: 317.688.9100
E:  Josh@indyfranchiselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be send to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

P. Adam Davis
Davis & Sarbinoff LLC
1 South Rangeline Road
Suite 400
Carmel, IN 46032
efiling@d-slaw.com

Matthew M. Cree
Law Office of Matthew M. Cree
PO Box 7805
Greenwood, IN 46142
matt@creelawoffice.com

By: */s/ Jonathan D. Mattinlgy*