UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRITT INTERACTIVE LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:16-cv-2884-TWP-DML |
| | ) |
| A3 MEDIA LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# Order

The court makes the following rulings on the parties' pending motions regarding discovery disputes and the seeking of postponement of obligations in preparation for the preliminary injunction hearing.

1. The continuance of the preliminary injunction hearing is DENIED.

2. The court DENIES the defendants' motion to reconsider, at Dkt. 80.

3. The defendants must comply with their obligations to produce documents, and a privilege log, and provide a written response to the plaintiffs' Document Request 8 no later than **midnight tonight**. The court will address at a later time, and after further input from the parties, the extent of any sanctions because of the defendants' failure timely to provide this information, as required by the court's November 16, 2016 order, and otherwise agreed by the parties.

4. The court DENIES the defendants' request to stay all pending discovery and depositions. The defendants must produce Mr. Lucas and Ms. Lucas for depositions at the dates and times previously agreed to by the parties.

5. The plaintiffs must produce Ms. Britt for her deposition at a time and date to be selected by the defendants. The court will address at a later time, and after further input from the parties, the extent of any sanctions because of the plaintiffs' conduct in connection with Ms. Britt's deposition that was scheduled for November 29, and in connection with Mr. Britt's late arrival to his deposition.

6. The court's statement in its November 16 order (Dkt. 59) regarding the defendants' obligation to provide their full and complete discovery responses, including the documents themselves, by November 18, did not expand the defendants' discovery obligations beyond that which was ordered by Magistrate Judge Dinsmore. The court's discussion with the parties on November 16 was clear on that point. To date, the defendants have not provided any specific information to demonstrate that the plaintiffs failed to comply with Judge Dinsmore's order. The court will address at a later time, and after further input from the parties, the extent of any sanctions based on the production to the defendants on November 18.

7. The defendants may seek an extension of time to respond to the plaintiffs' written discovery requests other than Document Request 8. If they seek such an extension, they must file a motion to do so by December 2, 2016. The court DENIES the plaintiffs' request for an order, at this time, compelling the defendants immediately to provide responses to all of the interrogatories and document

requests in the plaintiffs' first set of interrogatories and first set of requests for production of documents.

8. The court DENIES the plaintiffs' request that it strike the defendants' response in opposition to the plaintiffs' second motion for preliminary injunction.

9. The court will address at a later time, and after further input from the parties, the extent of any monetary or other sanctions because of the behavior described in their respective motions to compel.

## Conclusion

The defendants' emergency motion for reconsideration (Dkt. 80) is DENIED. The defendants' motion to compel (Dkt. 79) and supplemental motion to compel (Dkt. 84) are DENIED, except that the court later will address sanctions issues. The plaintiffs' motion to compel (Dkt. 83) is GRANTED IN PART AND DENIED IN PART as provided in this order. .

So ORDERED.

Dated: November 30, 2016

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

3